# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134239

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

GEORGE GERARD BURGER,
　　　　Defendant-Appellant.

SC: 134239
COA: 275184
Oakland CC: 2003-190250-FC

_____/

　　　　On order of the Court, the application for leave to appeal the May 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



t1022

　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk